UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCIA HINTZ : CIVIL ACTION NO: 15-01022

Vs. : FILED UNDER CA NO:13-02773

CITY OF PHILADELPHIA, et al. : JURY TRIAL DEMANDED

FILED
AUG 1 0 2016
LUCY V. CHIN, Interim Clerk
By al_____Dep. Clerk

## STIPULATION

It is hereby stipulated and agreed by and among the parties that all claims against Officer Thomas Liciardello, Officer Thomas Tolstoy, Officer Robert McDonnell, Jr., Officer Stephen Dmwytryk, Officer Michael Brown and Officer Mark Palma, are **DISMISSED** with **PREJUDICE**.

_____
Robert J. Levant, Esquire
Counsel for Plaintiff

_____
Armando Brigandi, Esquire
Counsel for City of Philadelphia and individual officers

_____
Joseph J. Santarone, Jr., Esquire
Attorney for Officer Thomas Liciardello

DATE: August 9, 2016

APPROVED:

_____
J.

LEGAL/106314548.v1